UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
CASE NO. 3:26-cv-00925-JEP-PDB

JEFFREY SCOTT BRADDOCK          )
                                )
        Plaintiff,              )
                                )
    v.                          )
                                )
EQUIFAX INFORMATION             )
SERVICES, LLC; EXPERIAN         )
INFORMATION SOLUTIONS,          )
INC.; TRANS UNION LLC; and      )
WELLS FARGO BANK, N.A.,         )
                                )
        Defendants.             )

## DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S ANSWERAND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

Defendant Experian Information Solutions, Inc. (hereinafter "Experian"), by and through its undersigned counsel, answers the Complaint (the "Complaint") filed by Plaintiff Jeffrey Scott Braddock ("Plaintiff") as follows.

By adopting the headings set forth in the Complaint for organizational purposes only, Experian does not admit any of the allegations set forth therein.

## COMPLAINT AND DEMAND FOR A JURY TRIAL

1.      In response to paragraph 1 of the Complaint, without conceding whether or not Plaintiff states any viable claim for relief, Experian admits that Plaintiff's Complaint purports to raise claims for damages against the Defendants

- 1 -

pursuant to the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq* ("FCRA"). Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 1 that relates to Experian, if any. As to the allegations in the paragraph 1 that relate to the other Defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 1 of the Complaint

2.    In response to paragraph 2 of the Complaint, without conceding whether or not Plaintiff states any viable claim for relief, Experian admits that Plaintiff's Complaint purports to raise claims for damages against the Defendants pursuant to the FCRA. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 2 that relates to Experian. As to the allegations in the paragraph 2 that relate to the other Defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 2 of the Complaint.

3.    In response to paragraph 3 of the Complaint, without conceding whether or not Plaintiff states any viable claim for relief, Experian admits that Plaintiff's Complaint purports to raise claims for damages against the Defendants pursuant to the FCRA. Except as specifically admitted, Experian denies, generally

and specifically, each and every remaining allegation of paragraph 3 that relates to Experian. As to the allegations in the paragraph 3 that relate to the other Defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 3 of the Complaint

4.    In response to paragraph 4 of the Complaint, Experian denies that it violated the FCRA and denies Plaintiff suffered any damages as a result of Experian's conduct, action, or inaction or is entitled to any recovery whatsoever from Experian.   As to the remaining allegations in paragraph 4, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

**JURISDICTION, VENUE, and PARTIES**

5.    In response to paragraph 5 of the Complaint, Experian admits that Plaintiff has alleged jurisdiction based on 28 U.S.C. § 1331 and 15 U.S.C. § 1681p. Experian states that this is a legal conclusion which is not subject to denial or admission.

6.    In response to paragraph 6 of the Complaint, Experian admits that Plaintiff has alleged that jurisdiction is proper.  Experian states that this is a legal conclusion which is not subject to denial or admission. Experian further admits

that it is qualified to do business and conducts business in the State of Florida. Except as specifically admitted, Experian is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 6 of the Complaint and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 6 of the Complaint.

7.     In response to paragraph 7 of the Complaint, Experian admits that Plaintiff has alleged that venue in this district is proper.  Experian states that this is a legal conclusion which is not subject to denial or admission. Experian further admits that it is qualified to do business and conducts business in the State of Florida.  Except as specifically admitted, Experian is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 7 of the Complaint and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 7 of the Complaint.

8.     In response to paragraph 8 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

9.     In response to paragraph 9 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically,

each and every allegation contained therein.

10.     In response to paragraph 10 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

11.     In response to paragraph 11 of the Complaint, Experian admits that it is an Ohio corporation, with its principal place of business in Costa Mesa, California. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 11 of the Complaint.

12.     In response to paragraph 12 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## FCRA STATUTORY STRUCTURE

13.     In response to paragraph 13 of the Complaint, Experian admits that the Complaint purports to characterize and/or summarize a portion of the Fair Credit Reporting Act, 15 U.S.C. § 1681b.  Experian states that the FCRA is a statute that speaks for itself, and Experian denies paragraph 13 to the extent it is inconsistent with the FCRA. Experian denies, generally and specifically, each and

every remaining allegation of paragraph 13 of the Complaint.

14.     In response to paragraph 14 of the Complaint, Experian admits that the Complaint purports to characterize and/or summarize a portion of the Fair Credit Reporting Act, 15 U.S.C. § 1681e(b).  Experian states that the FCRA is a statute that speaks for itself, and Experian denies paragraph 14 to the extent it is inconsistent with the FCRA. Experian denies, generally and specifically, each and every remaining allegation of paragraph 14 of the Complaint.

15.     In response to paragraph 15 of the Complaint, Experian admits that the Complaint purports to characterize and/or summarize a portion of the Fair Credit Reporting Act, 15 U.S.C. § 1681i(a). Experian states that the FCRA is a statute that speaks for itself, and Experian denies paragraph 15 to the extent it is inconsistent with the FCRA. Experian denies, generally and specifically, each and every remaining allegation of paragraph 15 of the Complaint.

16.     In response to paragraph 16 of the Complaint, Experian admits that the Complaint purports to characterize and/or summarize a portion of the Fair Credit Reporting Act, 15 U.S.C. § 1681i(a)(4). Experian states that the FCRA is a statute that speaks for itself, and Experian denies paragraph 16 to the extent it is inconsistent with the FCRA. Experian denies, generally and specifically, each and every remaining allegation of paragraph 16 of the Complaint.

17.     In response to paragraph 17 of the Complaint, Experian admits that

the Complaint purports to characterize and/or summarize a portion of the Fair Credit Reporting Act, 15 U.S.C. § 1681i(a)(5). Experian states that the FCRA is a statute that speaks for itself, and Experian denies paragraph 17 to the extent it is inconsistent with the FCRA. Experian denies, generally and specifically, each and every remaining allegation of paragraph 17 of the Complaint.

18.     In response to paragraph 18 of the Complaint, Experian admits that the Complaint purports to characterize and/or summarize a portion of the Fair Credit Reporting Act, 15 U.S.C. § 1681s-2(b). Experian states that the FCRA is a statute that speaks for itself, and Experian denies paragraph 18 to the extent it is inconsistent with the FCRA. Experian denies, generally and specifically, each and every remaining allegation of paragraph 18 of the Complaint.

19.     In response to paragraph 19 of the Complaint, Experian admits that the Complaint purports to characterize and/or summarize a portion of the Fair Credit Reporting Act, 15 U.S.C. § 1681n. Experian states that the FCRA is a statute that speaks for itself, and Experian denies paragraph 19 to the extent it is inconsistent with the FCRA. Experian denies, generally and specifically, each and every remaining allegation of paragraph 19 of the Complaint.

20.     In response to paragraph 20 of the Complaint, Experian admits that the Complaint purports to characterize and/or summarize a portion of the Fair Credit Reporting Act, 15 U.S.C. § 1681o. Experian states that the FCRA is a statute

that speaks for itself, and Experian denies paragraph 20 to the extent it is inconsistent with the FCRA. Experian denies, generally and specifically, each and every remaining allegation of paragraph 20 of the Complaint.

## GENERAL ALLEGATIONS

21. In response to paragraph 21 of the Complaint, Experian admits, upon information and belief, that Plaintiff is a "consumer" as defined by 15 U.S.C. § 1681a(c). As to the remaining allegations of paragraph 21, Experian is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained therein.

22. In response to paragraph 22 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

23. In response to paragraph 23 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

24. In response to paragraph 24 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the

allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

25.     In response to paragraph 25 of the Complaint, Experian admits that it is a consumer reporting agency as defined by 15 U.S.C. § 1681a(f) and, as such, issues consumer reports as defined by 15 U.S.C. § 1681a(d). Except as specifically admitted, Experian does not have knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 25 of the Complaint and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 25 of the Complaint.

26.     In response to paragraph 26 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

27.     In response to paragraph 27 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

**FACTUAL ALLEGATIONS**

28.     In response to paragraph 28 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the

allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

29.    In response to paragraph 29 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

30.    In response to paragraph 30 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

31.    In response to paragraph 31 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

32.    In response to paragraph 32 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

33.    In response to paragraph 33 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the

allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

34.     In response to paragraph 34 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

35.     In response to paragraph 35 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

36.     In response to paragraph 36 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

37.     In response to paragraph 37 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

38.     In response to paragraph 38 of the Complaint, Experian denies that it violated the FCRA.  As to the remaining allegations in paragraph 38, Experian is

without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

39.     In response to paragraph 39 of the Complaint, Experian denies that it violated the FCRA.  As to the remaining allegations in paragraph 39, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

40.     In response to paragraph 40 of the Complaint, Experian denies that it violated the FCRA.  As to the remaining allegations in paragraph 40, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

41.     In response to paragraph 41 of the Complaint, Experian denies that it violated the FCRA.  As to the remaining allegations in paragraph 41, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein

42.     In response to paragraph 42 of the Complaint, Experian denies that it violated the FCRA.  As to the remaining allegations in paragraph 42, Experian is

without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

43. In response to paragraph 43 of the Complaint, Experian denies that it violated the FCRA. As to the remaining allegations in paragraph 43, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

44. In response to paragraph 44 of the Complaint, Experian denies that it violated the FCRA. As to the remaining allegations in paragraph 44, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

45. In response to paragraph 45 of the Complaint, Experian admits that it received dispute correspondence from Plaintiff or someone purporting to correspond on Plaintiff's behalf, which correspondence speaks for itself, and Experian denies any allegations inconsistent therewith. Except as specifically admitted, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

46.     In response to paragraph 46 of the Complaint, Experian admits that it received dispute correspondence from Plaintiff or someone purporting to correspond on Plaintiff's behalf, which correspondence speaks for itself, and Experian denies any allegations inconsistent therewith. Except as specifically admitted, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

47.     In response to paragraph 47 of the Complaint, Experian admits that it received dispute correspondence from Plaintiff or someone purporting to correspond on Plaintiff's behalf, which correspondence speaks for itself, and Experian denies any allegations inconsistent therewith. Except as specifically admitted, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

48.     In response to paragraph 48 of the Complaint, Experian admits that it received dispute correspondence from Plaintiff or someone purporting to correspond on Plaintiff's behalf, which correspondence speaks for itself, and Experian denies any allegations inconsistent therewith. Except as specifically admitted, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies,

generally and specifically, each and every allegation contained therein.

49.    In response to paragraph 49 of the Complaint, Experian admits that it received dispute correspondence from Plaintiff or someone purporting to correspond on Plaintiff's behalf, which correspondence speaks for itself, and Experian denies any allegations inconsistent therewith. Except as specifically admitted, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

50.    In response to paragraph 50 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

51.    In response to paragraph 51 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

52.    In response to paragraph 52 of the Complaint, Experian admits that it forwarded Plaintiff's dispute to the furnisher. Except as specifically admitted, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and

specifically, each and every allegation contained therein.

53.     In response to paragraph 53 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

54.     In response to paragraph 54 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

55.     In response to paragraph 55 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

56.     In response to paragraph 56 of the Complaint, Experian denies that it violated the FCRA.  As to the remaining allegations in paragraph 56, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

57.     In response to paragraph 57 of the Complaint, Experian admits that it received dispute correspondence from Plaintiff or someone purporting to

correspond on Plaintiff's behalf, which correspondence speaks for itself, and Experian denies any allegations inconsistent therewith. Except as specifically admitted, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

58.     In response to paragraph 58 of the Complaint, Experian admits that it received dispute correspondence from Plaintiff or someone purporting to correspond on Plaintiff's behalf, which correspondence speaks for itself, and Experian denies any allegations inconsistent therewith. Except as specifically admitted, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

59.     In response to paragraph 59 of the Complaint, Experian admits that it received dispute correspondence from Plaintiff or someone purporting to correspond on Plaintiff's behalf, which correspondence speaks for itself, and Experian denies any allegations inconsistent therewith. Except as specifically admitted, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

60.     In response to paragraph 60 of the Complaint, Experian admits that

it received dispute correspondence from Plaintiff or someone purporting to correspond on Plaintiff's behalf, which correspondence speaks for itself, and Experian denies any allegations inconsistent therewith. Except as specifically admitted, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

61.     In response to paragraph 61 of the Complaint, Experian admits that it received dispute correspondence from Plaintiff or someone purporting to correspond on Plaintiff's behalf, which correspondence speaks for itself, and Experian denies any allegations inconsistent therewith. Except as specifically admitted, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

62.     In response to paragraph 62 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

63.     In response to paragraph 63 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically,

each and every allegation contained therein.

64.     In response to paragraph 64 of the Complaint, Experian admits that it forwarded Plaintiff's dispute to the furnisher. Except as specifically admitted, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

65.     In response to paragraph 65 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

66.     In response to paragraph 66 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

67.     In response to paragraph 67 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

68.     In response to paragraph 68 of the Complaint, Experian denies that it violated the FCRA.  As to the remaining allegations in paragraph 68, Experian is

without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

69. In response to paragraph 69 of the Complaint, Experian admits that it received dispute correspondence from Plaintiff or someone purporting to correspond on Plaintiff's behalf, which correspondence speaks for itself, and Experian denies any allegations inconsistent therewith. Except as specifically admitted, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

70. In response to paragraph 70 of the Complaint, Experian admits that it received dispute correspondence from Plaintiff or someone purporting to correspond on Plaintiff's behalf, which correspondence speaks for itself, and Experian denies any allegations inconsistent therewith. Except as specifically admitted, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

71. In response to paragraph 71 of the Complaint, Experian admits that it received dispute correspondence from Plaintiff or someone purporting to correspond on Plaintiff's behalf, which correspondence speaks for itself, and

Experian denies any allegations inconsistent therewith. Except as specifically admitted, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein

72.    In response to paragraph 72 of the Complaint, Experian admits that it received dispute correspondence from Plaintiff or someone purporting to correspond on Plaintiff's behalf, which correspondence speaks for itself, and Experian denies any allegations inconsistent therewith. Except as specifically admitted, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

73.    In response to paragraph 73 of the Complaint, Experian admits that it received dispute correspondence from Plaintiff or someone purporting to correspond on Plaintiff's behalf, which correspondence speaks for itself, and Experian denies any allegations inconsistent therewith. Except as specifically admitted, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

74.    In response to paragraph 74 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the

allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

75.     In response to paragraph 75 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

76.     In response to paragraph 76 of the Complaint, Experian admits that it forwarded Plaintiff's dispute to the furnisher. Except as specifically admitted, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein

77.     In response to paragraph 77 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

78.     In response to paragraph 78 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

79.     In response to paragraph 79 of the Complaint, Experian is without

knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

80. In response to paragraph 80 of the Complaint, Experian denies that it violated the FCRA. As to the remaining allegations in paragraph 80, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

81. In response to paragraph 81 of the Complaint, Experian admits that it received dispute correspondence from Plaintiff or someone purporting to correspond on Plaintiff's behalf, which correspondence speaks for itself, and Experian denies any allegations inconsistent therewith. Except as specifically admitted, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

82. In response to paragraph 82 of the Complaint, Experian denies that it violated the FCRA. As to the remaining allegations in paragraph 82, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## DAMAGES

83.     In response to paragraph 83 of the Complaint, Experian denies that it violated the FCRA and denies Plaintiff suffered any damages as a result of Experian's conduct, action, or inaction or is entitled to any recovery whatsoever from Experian.  As to the remaining allegations in paragraph 83, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

84.     In response to paragraph 84 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian and denies Plaintiff suffered any damages as a result of Experian's conduct, action, or inaction or is entitled to any recovery whatsoever from Experian.  As to the remaining allegations in paragraph 84, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

85.     In response to paragraph 85 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian and denies Plaintiff suffered any damages as a result of Experian's conduct, action, or inaction or is entitled to any recovery whatsoever from

Experian.  As to the remaining allegations in paragraph 85, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

86.     In response to paragraph 86 of the Complaint, Experian denies that it violated the FCRA and denies Plaintiff suffered any damages as a result of Experian's conduct, action, or inaction or is entitled to any recovery whatsoever from Experian.  As to the remaining allegations in paragraph 86, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein

87.     In response to paragraph 87 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

**COUNT ONE**
**FCRA**
**VIOLATION OF 15 U.S.C. § 1681S-2(b)**
**(as to Wells Fargo only)**

88.     In response to paragraph 88 of the Complaint, Experian repeats, realleges, and incorporates by reference its responses to paragraphs 1-87 of the Complaint as if the same were fully set forth herein.

89.     In response to paragraph 89 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

90.     In response to paragraph 90 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

91.     In response to paragraph 91 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

92.     In response to paragraph 92 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

93.     In response to paragraph 93 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

94.    In response to paragraph 94 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

95.    In response to paragraph 95 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

96.    In response to paragraph 96 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

97.    In response to paragraph 97 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

98.    In response to paragraph 98 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

99. In response to paragraph 99 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

100. In response to paragraph 100 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

101. In response to paragraph 101 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## COUNT TWO
### FCRA
### VIOLATION OF 15 U.S.C. § 1681 e(b)
### (as to Equifax, Experian, and Trans Union)

102. In response to paragraph 102 of the Complaint, Experian repeats, realleges, and incorporates by reference its responses to paragraphs 1-87 of the Complaint as if the same were fully set forth herein.

103. In response to paragraph 103 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. In response to the allegations of paragraph 103 that relate to other

defendant(s), Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

104.    In response to paragraph 104 of the Complaint, Experian denies that it violated the FCRA.  As to the remaining allegations in paragraph 104, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

105.    In response to paragraph 105 of the Complaint, Experian denies that it violated the FCRA.  As to the remaining allegations in paragraph 105, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

106.    In response to paragraph 106 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

107.    In response to paragraph 107 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically,

each and every allegation contained therein.

108.    In response to paragraph 108 of the Complaint, Experian denies that it violated the FCRA and denies Plaintiff suffered any damages as a result of Experian's conduct, action, or inaction or is entitled to any relief whatsoever from Experian.  As to the remaining allegations in paragraph 108, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

109.    In response to paragraph 109 of the Complaint, Experian denies that it violated the FCRA.  As to the remaining allegations in paragraph 109, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

110.    In response to paragraph 110 of the Complaint, Experian denies that it violated the FCRA.  As to the remaining allegations in paragraph 110, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

111.    In response to paragraph 111 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates

to Experian and denies Plaintiff suffered any damages as a result of Experian's conduct, action, or inaction or is entitled to any relief whatsoever from Experian. In response to the allegations of paragraph 111 that relate to other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

112.    In response to paragraph 112 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian and denies Plaintiff suffered any damages as a result of Experian's conduct, action, or inaction or is entitled to any relief whatsoever from Experian. In response to the allegations of paragraph 112 that relate to other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

113.    In response to paragraph 113 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian and denies Plaintiff is entitled to any relief whatsoever from Experian. In response to the allegations of paragraph 113 that relate to other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and

specifically, each and every allegation contained therein.

## COUNT THREE:
### FCRA
### Violation of 15 U.S.C. § 1681i(a)(1), i(a)(4), and i(a)(5)
### (as to Equifax, Experian, and Trans Union)

114.    In response to paragraph 114 of the Complaint, Experian repeats, realleges, and incorporates by reference its responses to paragraphs 1-87 of the Complaint as if the same were fully set forth herein.

115.    In response to paragraph 115 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. In response to the allegations of paragraph 115 that relate to other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

116.    In response to paragraph 116 of the Complaint, Experian admits that it received dispute correspondence from Plaintiff or someone purporting to correspond on Plaintiff's behalf, which correspondence speaks for itself, and Experian denies any allegations inconsistent therewith. Except as specifically admitted, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

117.    In response to paragraph 117 of the Complaint, Experian denies that

it violated the FCRA.  As to the remaining allegations in paragraph 117, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

118.    In response to paragraph 118 of the Complaint, Experian denies that it violated the FCRA.  As to the remaining allegations in paragraph 118, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

119.    In response to paragraph 119 of the Complaint, Experian denies that it violated the FCRA.  As to the remaining allegations in paragraph 119, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

120.    In response to paragraph 120 of the Complaint, Experian denies that it violated the FCRA.  As to the remaining allegations in paragraph 120, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

121.    In response to paragraph 121 of the Complaint, Experian denies,

generally and specifically, each and every allegation contained therein that relates to Experian. In response to the allegations of paragraph 121 that relate to other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

122.    In response to paragraph 122 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. In response to the allegations of paragraph 122 that relate to other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

123.    In response to paragraph 123 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. In response to the allegations of paragraph 123 that relate to other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

124.    In response to paragraph 124 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian and denies Plaintiff suffered any damages as a result of Experian's

conduct, action, or inaction or is entitled to any relief whatsoever from Experian. In response to the allegations of paragraph 124 that relate to other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

125.    In response to paragraph 125 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian and denies Plaintiff suffered any damages as a result of Experian's conduct, action, or inaction or is entitled to any relief whatsoever from Experian. In response to the allegations of paragraph 125 that relate to other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

126.    In response to paragraph 126 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian and denies Plaintiff is entitled to any relief whatsoever from Experian. In response to the allegations of paragraph 126 that relate to other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## RESPONSE TO PRAYER FOR RELIEF

Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian and denies Plaintiff is entitled to any relief whatsoever from Experian.

## RESPONSE TO DEMAND FOR JURY TRIAL

Experian admits Plaintiff has demanded a trial by jury on all issues triable by right.

## AFFIRMATIVE AND OTHER DEFENSES

In further response to Plaintiff's Complaint, Experian hereby asserts the following affirmative defenses, without conceding that it bears the burden of persuasion as to any of them.

## FIRST AFFIRMATIVE DEFENSE

Experian is informed and believes and thereon alleges that all claims for relief in the Complaint herein are barred by the applicable statutes of limitation, including but not limited to 15 U.S.C. § 1681p.

## SECOND AFFIRMATIVE DEFENSE

All claims against Experian are barred because all information Experian communicated to any third person regarding Plaintiff was true.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff has failed to mitigate Plaintiff's damages.

## FOURTH AFFIRMATIVE DEFENSE

The Complaint and each claim for relief therein are barred by laches.

## FIFTH AFFIRMATIVE DEFENSE

Experian is informed and believes and thereon alleges that any alleged damages sustained by Plaintiff was, at least in part, caused by the actions of Plaintiff themself and/or third parties and resulted from Plaintiff's or third parties' own negligence which equaled or exceeded any alleged negligence or wrongdoing by Experian.

## SIXTH AFFIRMATIVE DEFENSE

Any damages which Plaintiff may have suffered, which Experian continues to deny, were the direct and proximate result of the conduct of Plaintiff. Therefore, Plaintiff is estopped and barred from recovery of any damages.

## SEVENTH AFFIRMATIVE DEFENSE

The Complaint and each claim for relief therein that seeks equitable relief are barred by the doctrine of unclean hands.

## EIGHTH AFFIRMATIVE DEFENSE

Experian alleges on information and belief that Plaintiff's claims may be subject to an arbitration agreement between Plaintiff and Experian.

## NINTH AFFIRMATIVE DEFENSE

Experian is informed and believes and thereon alleges that if Plaintiff sustained any of the injuries alleged in the Complaint, there was an intervening, superseding cause and/or causes leading to such alleged injuries and, as such, any action on the part of Experian was not a proximate cause of the alleged injuries.

## TENTH AFFIRMATIVE DEFENSE

Experian is informed and believes and thereon alleges that any purported damages allegedly suffered by Plaintiff are the results of the acts or omissions of third persons over whom Experian had neither control nor responsibility.

## ELEVENTH AFFIRMATIVE DEFENSE

Plaintiff's Complaint does not allege facts sufficient to rise to the level of conduct required to recover punitive damages, and thus all requests for punitive damages are improper.

Experian reserves the right to assert additional affirmative defenses at such time and to such extent as warranted by discovery and the factual developments in this case.

## PRAYER FOR RELIEF

WHEREFORE, Defendant Experian Information Solutions, Inc. prays as

- 38 -

follows:

(1)  That Plaintiff take nothing by virtue of the Complaint herein and that

thisaction be dismissed in its entirety;

(2)  For costs of suit and attorneys' fees herein incurred; and

(3)  For such other and further relief as the Court may deem just and proper.


Dated: June 10, 2026                    /s/ *Maria H. Ruiz*
                                        Maria H. Ruiz
                                        Florida Bar No. 182923
                                        KASOWITZ LLP
                                        201 S. Biscayne Blvd., Suite 2550
                                        Miami, FL  33131
                                        Telephone:  (786) 587-1044
                                        Facsimile:  (305) 675-2601
                                        MRuiz@Kasowitz.com

                                        **Attorney for Defendant**
                                        **Experian Information Solutions, Inc.**

## CERTIFICATE OF SERVICE

This is to certify that on June 10, 2026, I have caused a copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Maria H. Ruiz*
Maria H. Ruiz

*Attorney for Defendant*
*Experian Information Solutions, Inc.*