## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| JEFFREY SCOTT BRADDOCK,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br><br>Defendants. | **Case No.: 3:26-cv-00925-JEP-PDB**<br><br><br>**STIPULATION TO SUBMIT CLAIMS AGAINST DEFENDANT WELLS FARGO BANK, N.A. TO ARBITRATION** |

### NOTICE OF APPEARANCE FOR SOFIA PERLA

PLEASE TAKE NOTICE that attorney Sofia M. Perla, of Reed Smith LLP, admitted to practice in this Court, submits her notice of appearance as counsel of record in this action on behalf of Defendant Wells Fargo Bank, N.A.  Accordingly, the undersigned counsel respectfully requests that all pleadings, orders, correspondence, and any other documents relating to Wells Fargo be served at the below listed address.

Dated: June 18, 2026

/s/  *Sofia M. Perla*
Sofia M. Perla, Esq.
Florida Bar No. 1031709
**REED SMITH LLP**
200 S Biscayne Blvd Ste 2600
Miami, Florida 33131
Telephone: (786) 747-0200

- 2 -

Fax: (786) 747-0299
sperla@reedsmith.com

*Counsel for Defendant Wells Fargo*
*Bank, N.A.*