**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| JEFFREY SCOTT BRADDOCK, | **Case No.: 3:26-cv-00925-JEP-PDB** |
| Plaintiff, | |
| vs. | **STIPULATION TO SUBMIT CLAIMS AGAINST DEFENDANT WELLS FARGO BANK, N.A. TO ARBITRATION** |
| EQUIFAX INFORMATION SERVICES, LLC, et al., | |
| Defendants. | |

Plaintiff Jeffrey Scott Braddock ("Plaintiff") and Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), through their respective undersigned counsel, hereby stipulate as follows:

1.      On or about April 20, 2026, Plaintiff filed the instant action in the United States District Court for the Middle District of Florida, captioned *Jeffrey Scott Braddock v. Equifax Information Services, LLC, et al.*, Case No. 3:26-cv-00925, asserting claims against Wells Fargo with respect to an alleged violation of the Fair Credit Reporting Act ("FCRA") concerning a credit card account (the "Account").

2.      The Account is governed by a Credit Card Agreement, which contains an enforceable arbitration provision regarding all alleged disputes and claims concerning the Account.

3.      Plaintiff and Wells Fargo have met and conferred, and jointly agree to arbitrate Plaintiff's alleged claims and disputes against Wells Fargo before the American Arbitration Association ("AAA").

4.      Plaintiff and Wells Fargo stipulate to stay the instant action as between them pending completion of an arbitration proceeding to be filed by Plaintiff with the AAA, as set forth above.

5.      Plaintiff and Wells Fargo respectfully request that this matter be administratively closed with respect to Wells Fargo only on the Court's civil docket, subject to either party filing a motion to reopen and/or confirm/vacate the arbitrator's decision in the arbitration as provided by law.

IT IS SO STIPULATED.

Dated: June 18, 2026

| | |
|---|---|
| */s/  Max Story, Esq.* | */s/  Sofia M. Perla* |
| Max Story, Esq. | Sofia M. Perla, Esq. |
| Florida Bar No. 0527238 | Florida Bar No. 1031709 |
| **STORY LAW GROUP** | **REED SMITH LLP** |
| 328 2nd Avenue North, Suite 100 | 200 S Biscayne Blvd Ste 2600 |
| Jacksonville Beach, FL 32250 | Miami, Florida 33131 |
| Telphone: (904) 372-4109 | Telephone: (786) 747-0200 |
| Fax: (904) 758-5333 | Fax: (786) 747-0299 |
| max@storylawgroup.com | sperla@reedsmith.com |
| | |
| *Attorneys for Plaintiff* | *Counsel for Defendant* |
| *Jeffrey Scott Braddock* | *Wells Fargo Bank, N.A.* |