UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JEFFREY SCOTT BRADDOCK,

     Plaintiff,

v.                                                          Case No.: 3:26-cv-925-JEP-PDB

EQUIFAX INFORMATION
SERVICES, LLC, EXPERIAN
INFORMATION SOLUTIONS,
INC., TRANS UNION, LLC and
WELLS FARGO BANK N.A.,

     Defendants.

_____/

## ORDER

**THIS CAUSE** is before this Court on Plaintiff and Defendant Wells Fargo Bank, N.A.'s ("**Wells Fargo's**") "Stipulation to Submit Claims Against Defendant Wells Fargo Bank, N.A. to Arbitration." (Doc. 28).

Plaintiff and Wells Fargo agree that the claim asserted against Wells Fargo in this case is subject to "an enforceable arbitration provision." (*Id.* at 1). Thus, they have "jointly agree[d] to arbitrate" the claim and ask this Court to administratively close this case "with respect to Wells Fargo only." (*Id.* at 2). Accordingly, this Court will stay this action as to Defendant Wells Fargo pending arbitration. *See Lawson v. Life of the S. Ins. Co.*, 648 F.3d 1166, 1170 (11th Cir. 2011) ("[A]rbitration is a matter of contract [and] the [Federal

Arbitration Act's] strong proarbitration policy only applies to disputes that the parties have agreed to arbitrate." (quoting *Klay v. All Defendants*, 389 F.3d 1191, 1200 (11th Cir. 2004))); *Bender v. A.G. Edwards & Sons, Inc.*, 971 F.2d 698, 699 (11th Cir. 1992) ("Upon finding that a claim is subject to an arbitration agreement, the court should order that the action be stayed pending arbitration." (citing 9 U.S.C. § 3)). However, in light of this, Plaintiff will be directed to show cause why this case as to the remaining Defendants should not be stayed pending arbitration of Plaintiff's claim against Wells Fargo.

Accordingly, it is **ORDERED**:

1. Plaintiff and Defendant Wells Fargo Bank, N.A.'s "Stipulation to Submit Claims Against Defendant Wells Fargo Bank, N.A. to Arbitration" (Doc. 28), construed as a motion to stay, is **GRANTED**.

2. Plaintiff's claim against Defendant Wells Fargo Bank, N.A. is **STAYED** pending arbitration.

3. Plaintiff is **ORDERED** to show cause, on or before **July 9, 2026**, why this case as to Defendants Equifax Information Services, LLC, Experian Information Solutions, Inc., and Trans Union, LLC should not be stayed pending arbitration of Plaintiff's claim against Wells Fargo Bank, N.A.

-3-

**DONE** and **ORDERED** in Jacksonville, Florida on June 25, 2026.

_____
JORDAN E. PRATT
UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record